Esra A. Hudson
Stephanie A. Roeser
Manatt, Phelps & Phillips LLP
2049 Century Park East, Suite 1700
Los Angeles, California 90067
(310) 312-4000
ehudson@manatt.com
sroeser@manatt.com

*Attorneys for Movant Blake Lively*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAKE LIVELY,<br><br>　　　　Movant,<br><br>v.<br><br>TERA HANKS, ASHMI ELIZABETH DANG, AHMED MUSIOL, MITZ TOSKOVIC, AJ MARBORY, JENNIFER BENSON, SHEKINAH REESE, and JARRIESSE BLACKMON,<br><br>　　　　Respondents. | CASE NO.: 2:25-mc-00055<br><br>**[DISCOVERY MATTER]**<br><br>**BLAKE LIVELY'S NOTICE OF MOTION AND MOTION TO COMPEL RESPONDENTS TO COMPLY WITH THIRD-PARTY SUBPOENAS**<br><br>Date:　　　July 11, 2025<br>Time:　　　8:30 a.m.<br>Place:　　　First Street Courthouse<br>　　　　　　350 West 1st Street<br>Courtroom: To be assigned<br><br>Discovery Fact Cut-Off:　　　None<br>Final Pretrial Conference:　　None<br>Jury Trial:　　　　　　　　　None |

PLEASE TAKE NOTICE that on July 11, 2025, at 8:30 a.m., or as soon thereafter as the matter may be heard, in the First Street Courthouse, located at 350 West 1st Street, Los Angeles, California 90012, in a courtroom to be assigned by the Court, Movant Blake Lively ("Ms. Lively") will move for an order compelling compliance with subpoenas issued to Ashmi Elizabeth Dang, Ahmed Musiol, Mitz Toskovic, Tera Hanks, AJ Marbory, Jennifer Benson, Shekinah Reese, and Jarriesse Blackmon and to transfer venue to the Southern District of New York pursuant to Fed. R. Civ. P. 45.

This motion is based on this Notice, the Joint Stipulation Regarding Movant's Motion to Compel Discovery, the Declaration of Esra A. Hudson and all accompanying exhibits, the Declaration of Summer E. Benson and all accompanying exhibits, and on such other evidence or argument as may be presented to the Court. This motion is made following the conference of counsel pursuant to L.R. 37-1, which took place on May 5, 2025.

DATED: June 20, 2025                MANATT, PHELPS & PHILLIPS LLP


By: /s/ Esra A. Hudson
    Esra A. Hudson
    Stephanie A. Roeser
    Manatt, Phelps & Phillips LLP
    *Attorneys for Movants*