Esra A. Hudson
Stephanie A. Roeser
Manatt, Phelps & Phillips LLP
2049 Century Park East, Suite 1700
Los Angeles, California 90067
(310) 312-4000
ehudson@manatt.com
sroeser@manatt.com

*Attorneys for Movant Blake Lively*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAKE LIVELY,<br><br>   Movant,<br><br>v.<br><br>TERA HANKS, ASHMI ELIZABETH DANG, AHMED MUSIOL, MITZ TOSKOVIC, AJ MARBORY, JENNIFER BENSON, SHEKINAH REESE, and JARRIESSE BLACKMON,<br><br>   Respondents. | CASE NO.: 2:25-mc-00055<br><br>**DECLARATION OF ESRA A. HUDSON IN SUPPORT OF MOVANT BLAKE LIVELY'S POSITION IN THE JOINT STIPULATION REGARDING MOVANT'S MOTION TO COMPEL DISCOVERY** |

I, Esra A. Hudson, declare as follows:

1. I am an attorney at law licensed to practice in the State of California. I am a partner with the law firm of Manatt, Phelps & Phillips LLP and counsel of record for Movant Blake Lively ("Ms. Lively" or "Movant") in the above-entitled action.

2. I submit this declaration in support of Movant's Position in the Joint Stipulation Regarding Movant's Motion to Compel Discovery (the "Stipulation").

3. A true and correct copy of the operative complaint (the "Lively Complaint") filed by Ms. Lively in *Lively v. Wayfarer Studios, et al.*, 1:24-cv-10049 (S.D.N.Y.) (the "Lively Action") is attached as Exhibit A.

4. A true and correct copy of the operative complaint (the "Wayfarer Complaint") filed by Wayfarer Studios LLC ("Wayfarer"), Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, Jennifer Abel, and Steve Sarowitz (the "Wayfarer Parties")[1] in *Wayfarer Studios LLC v. Lively, et al.*, 1:25-cv-00449 (S.D.N.Y.) (the "Wayfarer Action") (together, with the Lively Action, the "Actions") is attached as Exhibit B.

5. A true and correct copy of the subpoena served by Ms. Lively on Tera Hanks in connection with the Actions is attached as Exhibit C.

6. A true and correct copy of the subpoena served by Ms. Lively on Mitz Toskovic in connection with the Actions is attached as Exhibit D.

7. A true and correct copy of the subpoena served by Ms. Lively on Ahmed Musiol in connection with the Actions is attached as Exhibit E.

8. A true and correct copy of the subpoena served by Ms. Lively on Ashmi Elizabeth Dang in connection with the Actions is attached as Exhibit F.

9. A true and correct copy of the subpoena served by Ms. Lively on

---

[1] For purposes of this Motion, Wayfarer Parties also includes The Agency Group PR LLC, who is a defendant in the Lively Action but not a plaintiff in in the Wayfarer Action.

Shekinah Reese in connection with the Actions is attached as Exhibit G.

10. A true and correct copy of the subpoena served by Ms. Lively on Jariesse Blackmon in connection with the Actions is attached as Exhibit H.

11. A true and correct copy of the subpoena served by Ms. Lively on AJ Marbory in connection with the Actions is attached as Exhibit I.

12. A true and correct copy of the subpoena served by Ms. Lively on Jennifer Benson in connection with the Actions is attached as Exhibit J.

13. A true and correct copy of Ms. Lively's conferral letter, dated May 19, 2025, is attached as Exhibit K.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed in Los Angeles, California, on June 6, 2025.

*/s/ Esra A. Hudson*
Esra A. Hudson