LINER FREEDMAN TAITELMAN + COOLEY, LLP
Bryan J. Freedman (SBN 151990)
  bfreedman@lftcllp.com
Ellyn S. Garofalo (SBN 158795)
  egarofalo@lftcllp.com
Amir Kaltgrad (SBN 252399)
  akaltgrad@lftcllp.com
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045

*Attorneys for Respondents Tera Hanks, Ashmi Elizabeth ang, Ahmed Musiol, Mitz Toskovic, AJ Marbory, Jennifer Benson, Shekinah Reese, and Jarriesse Blackmon*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAKE LIVELY,<br><br>*Movant*,<br><br>v.<br><br>TERA HANKS, ASHMI ELIZABETH ANG, AHMED MUSIOL, MITZ TOSKOVIC, AJ MARBORY, JENNIFER BENSON, SHEKINAH REESE, AND JARRIESSE BLACKMON,<br><br>*Respondents*. | Case No.: 2:25-mc-00055<br><br>**DECLARATION OF SUMMER E. BENSON IN SUPPORT OF RESPONDENTS' POSITION IN THE JOINT STIPULATION IN OPPOSITION TO MOVANT BLAKE LIVELY'S MOTION TO COMPEL COMPLIANCE WITH THIRD-PARTY SUBPOENAS** |

## DECLARATION OF SUMMER E. BENSON

I, Summer E. Benson, declare as follows:

1. I am an attorney at law licensed to practice in the State of California and admitted before this Court. I am an attorney with the law firm of Liner Freedman Taitelman + Cooley, LLP and counsel of record for Respondents Tera Hanks, Mitz Toskovic, Ahmed Musiol, Ashmi Elizabeth Dang, Jariesse Blackmon, AJ Marbory, and Jennifer Benson (collectively, the "Wayfarer Third Parties") in this action. I submit this declaration in support of the Wayfarer Third Parties' Position in the Joint Stipulation Regarding Movant Blake Lively's ("Lively") Motion to Compel Discovery (the "Motion").

2. Attached hereto as Exhibit 1 is a true and correct copy of a letter submitted to the United States District Court for the Southern District of New York by the Wayfarer Third Parties on or about June 13, 2025.

3. Attached hereto as Exhibit 2 is a true and correct copy of email correspondence between counsel for the Wayfarer Third Parties and counsel for Lively from June 6 to 13, 2025.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 16th day of June, 2025 at Los Angeles, California.

_____
Summer E. Benson