Esra A. Hudson
Stephanie A. Roeser
Manatt, Phelps & Phillips LLP
2049 Century Park East, Suite 1700
Los Angeles, California 90067
(310) 312-4000
ehudson@manatt.com
sroeser@manatt.com

*Attorneys for Movant Blake Lively*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAKE LIVELY,<br><br>　　　　Movant,<br><br>v.<br><br>TERA HANKS, ASHMI ELIZABETH DANG, AHMED MUSIOL, MITZ TOSKOVIC, AJ MARBORY, JENNIFER BENSON, SHEKINAH REESE, and JARRIESSE BLACKMON,<br><br>　　　　Respondents. | CASE NO.: 2:25-mc-00055<br><br>**CERTIFICATE OF SERVICE**<br><br>Action Filed: June 20, 2025 |

CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

I, Katelyn Climaco, do hereby certify that I am at least 18 years of age and that on this 20th day of June 2025, I caused a copy of the following documents:

1. Notice of Motion and Motion to Compel Respondents to Comply with Third-Party Subpoenas;
2. Joint Stipulation Pursuant to Local Rules 37 and 45;
3. Declaration of Esra Hudson with Exhibits A through K; and
4. Declaration of Summer Benson with Exhibits 1 and 2.

to be served upon the following counsel for the parties via email:

LINER FREEDMAN TAITELMAN + COOLEY, LLP
Bryan J. Freedman
Ellyn S. Garofalo
Miles M. Cooley
Theresa M. Troupson
Summer Benson
Jason Sunshine
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
(310) 201-0005
bfreedman@lftcllp.com
mcooley@lftcllp.com
ttroupson@lftcllp.com
sbenson@lftcllp.com
jsunshine@lftcllp.com

*Attorneys for Respondents*
*Tera Hanks, Ashmi Elizabeth Dang, Ahmed Musiol, Mitz Toskovic, AJ Marbory, Jennifer Benson, Shekinah Reese, and Jarriesse Blackmon*

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Date: June 20, 2025                   /s/ Katelyn A. Climaco
                                       Katelyn A. Climaco