Esra A. Hudson (Bar No. 202881)
MANATT, PHELPS & PHILLIPS LLP
2049 Century Park East, Suite 1700
Los Angeles, California 90067
(310) 312-4000
ehudson@manatt.com

*Attorneys for Movant Blake Lively*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAKE LIVELY,<br><br>            Movant,<br><br>v.<br><br>TERA HANKS, ASHMI ELIZABETH DANG, AHMED MUSIOL, MITZ TOSKOVIC, AJ MARBORY, JENNIFER BENSON, SHEKINAH REESE, and JARRIESSE BLACKMON,<br><br>            Respondents. | CASE NO.: 25-mc-00055-WLH-SK<br><br>**[DISCOVERY MATTER]**<br><br>**MOVANT BLAKE LIVELY'S NOTICE OF INTERESTED PARTIES PURSUANT TO L.R. 7.1-1** |

Pursuant to Local Rule 7.1-1, the undersigned counsel of record for Movant Blake Lively certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| Party | Connection/Interest |
|---|---|
| Blake Lively | Movant |
| Ashmi Elizabeth Dang | Respondent |
| Ahmed Musiol | Respondent |
| Mitz Toskovic | Respondent |
| Tera Hanks | Respondent |
| AJ Marbory | Respondent |
| Jennifer Benson | Respondent |
| Shekinah Reese | Respondent |
| Jarriesse Blackmon | Respondent |
| Wayfarer Studios LLC | Defendant in underlying litigation, *Lively v. Wayfarer Studios LLC et al.*, (24-cv-10049 (LJL)) pending in the Southern District of New York (the "Underlying Litigation") |
| Justin Baldoni | Defendant in the Underlying Litigation |
| Jamey Heath | Defendant in the Underlying Litigation |
| Steve Sarowitz | Defendant in the Underlying Litigation |
| It Ends With Us Movie LLC | Defendant in the Underlying Litigation |
| Melissa Nathan | Defendant in the Underlying Litigation |
| The Agency Group PR LLC | Defendant in the Underlying Litigation |
| Jennifer Abel | Defendant in the Underlying Litigation |
| Jed Wallace | Defendant in the Underlying Litigation |
| Street Relations Inc. | Defendant in the Underlying Litigation |

| | | |
|---|---|---|
| 1 | DATED: June 23, 2025 | MANATT, PHELPS & PHILLIPS LLP |
| 2 | | |
| 3 | | By: */s/ Esra A. Hudson* |
| 4 | | Esra A. Hudson<br>*Attorneys for Movant*<br>*Blake Lively* |